UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re:

    Merle Ann Bryan

    Chapter 13
    Case No: 10-78320
    Judge: Phillip J. Shefferly

    Debtor(s).
_____/

## ORDER CONFIRMING PLAN

    The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

    Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

    IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses shall be by fee application, and that the portion of such claim which has not already been paid, to-wit: shall be paid by the Trustee as an administrative expense of this case.

    IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

    All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

    IT IS FURTHER ORDERED as follows:

The Debtor shall remit 100% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

☒ The Plan is confirmed without prejudice to either the Debtor's or Trustee's right to file a plan modification under 11 USC § 1329 without any *res judicata* effect as to 11 USC § 1325(a)(4).

☒ Debtor hereby assumes the land contract with Taniskha Wilson and Roschelle Garner for property at 22000 Ryan Road, Warren, MI. The land contract vendee's shall have 28 days from service of this Order Confirming Plan to object.

☒ Debtor shall file Amended Schedule G and the Matrix to add the land contract vendees.

| Approved | Objections Withdrawn | |
|---|---|---|
| /s/Margaret Conti Schmidt | /s/ | /s/ Jeremy F. Fisher |
| KRISPEN S. CARROLL(P49817) | Creditor: | JEREMY F. FISHER (P70167) |
| MARGARET CONTI SCHMIDT (P42945) | | Attorney for Debtor |
| MARIA GOTSIS (P67107) | | Second Chance Legal Services |
| Chapter 13 Trustee | /s/ | 30250 John R. |
| 719 Griswold Street | Creditor: | Madison Heights, MI 48071 |
| 1100 Dime Building | | (248) 629-6367 |
| Detroit, MI 48226 | | scls.ecfdocs@yahoo.com |
| 313-962-5035 | /s/ | |
| notice@det13ksc.com | Creditor: | |

**Signed on May 27, 2011**

                                        **/s/ Phillip J. Shefferly**
                                        **Phillip J. Shefferly**
                                        **United States Bankruptcy Judge**